IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**RYAN CHRISTOPHER CHEATHAM,**

    **Plaintiff,**

    v.                                                                                CASE NO. 25-3218-JWL

**TIM EASLEY, et al.,**

    **Defendants.**

## MEMORANDUM AND ORDER

    This is a pro se civil action brought by Plaintiff Ryan Christopher Cheatham, a state prisoner incarcerated at El Dorado Correctional Facility ("EDCF") in El Dorado, Kansas. It began on October 9, 2025, when the Court received from Plaintiff a complaint (Doc. 1), a motion for leave to proceed in forma pauperis (Doc. 2), and a motion for an order directing EDCF to provide him with the account statement required to support his motion for leave to proceed in forma pauperis (Doc. 3). The following day, the Court issued a memorandum and order ("M&O") denying the motion for an order directing EDCF to provide Plaintiff with the account statement. (Doc. 4.) The M&O granted Plaintiff to and including November 10, 2025 in which to either pay the full $405.00 filing fee or submit the required account statement. *Id.* at 2-3. It also advised Plaintiff that if he "experiences difficulty obtaining the account statement, he should so inform the Court, in writing and prior to the deadline for compliance with this order." *Id.* at 2. The M&O clearly cautioned Plaintiff: "The failure to comply with this order will result in the dismissal of this matter without further prior notice to Plaintiff." *Id.*

    The deadline set in the M&O passed without the Court receiving from Plaintiff payment of the filing fee, the required account statement for filing in this matter, or any written notice that Plaintiff had difficulty obtaining the account statement. Thus, on November 13, 2025, the Court dismissed this

1

case without prejudice under Federal Rule of Civil Procedure 41(b). (Doc. 5.) Judgment was entered the same day. (Doc. 6.)

On November 19, 2025, the Court received from Plaintiff a motion for reconsideration of the dismissal. (Doc. 7.) Therein, Plaintiff asserts that he asked EDCF staff to e-file the required inmate account information and he was assured by staff that it was filed on November 5, 2025. *Id.* The exhibits to the motion for reconsideration support Plaintiff's assertions. (Doc. 7-1.)

Plaintiff has multiple civil rights actions currently pending in this Court and it appears from the Court's independent investigation that the account information was filed in another case, Case No. 25-3241, on November 6, 2025. It was not filed in this case. Moreover, the attachments to Plaintiff's motion for reconsideration do not reflect that he included a case number in his request for e-filing of the account information or on the accompanying motion for leave to proceed in forma pauperis, although portions of the exhibits are marked through. Plaintiff is advised that in the future, he must ensure that each deadline set in each case is timely satisfied and that submissions to this Court for filing clearly indicate the case number in which Plaintiff wishes to file the documents. Based on the information in the Court's records, in the motion for reconsideration, and in the attachments thereto, however, the Court will grant the motion for reconsideration. Plaintiff's request in the motion that he be allowed to present oral argument is denied because oral argument on the motion is unnecessary.

The Court will direct the clerk to reopen this matter, to vacate the November 13, 2025 memorandum and order (Doc. 5) dismissing this matter and denying the pending motion to proceed in forma pauperis as moot, and to vacate the judgment (Doc. 6) entered the same day. The Court also has reconsidered the motion for leave to proceed in forma pauperis (Doc. 2) in light of the inmate account statement filed in Case No. 25-3241 on November 6, 2025 and will grant the motion and assess an initial partial filing fee, due on or before December 22, 2025.

**IT IS THEREFORE ORDERED THAT** the motion for reconsideration (Doc. 7) is **granted**. The Clerk of Court is directed to reopen this matter, to vacate the November 13, 2025 Memorandum and Order (Doc. 5) dismissing this matter and denying as moot the motion to proceed in forma pauperis, and to vacate the Judgment (Doc. 6) entered the same day.

**IT IS FURTHER ORDERED THAT** Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **granted**. In light of the financial information Plaintiff submitted in Case No. 25-3241-JWL, the Court assesses an initial partial filing fee of $23.00, calculated under 28 U.S.C. § 1915(b)(1). Plaintiff is granted to and including December 22, 2025, to submit the initial partial filing fee. Any objection to this order or motion for extension of time to pay the initial partial filing fee must be filed on or before the date payment is due. The failure to pay the fee as directed will result in the dismissal of this matter without further notice. Plaintiff remains obligated to pay the remainder of the $350.00 filing fee. The agency having custody of Plaintiff shall forward payments from Plaintiff's account in installments calculated under 28 U.S.C. § 1915(b)(2). The clerk is to transmit a copy of this order to Plaintiff, to the finance office at the institution where Plaintiff is currently confined, and to the Court's finance office.

**IT IS SO ORDERED**.

Dated on this 20th day of November, 2025, in Kansas City, Kansas.

s/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge
