IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**RYAN CHRISTOPHER CHEATHAM,**

    **Plaintiff,**

    v.        CASE NO. 25-3218-JWL

**TIM EASLEY, et al.,**

    **Defendants.**

**FILED**
U.S. District Court
District of Kansas
02/18/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

## MEMORANDUM AND ORDER

Plaintiff and state prisoner Ryan Christopher Cheatham brings this pro se civil rights case under 42 U.S.C. § 1983. This matter comes now before the Court on Plaintiff's timely filed amended complaint (Doc. 19) and a motion (Doc. 20) asking the Court to attach to the amended complaint two exhibits that were attached to his initial complaint. Plaintiff's motion explains that his copies of the exhibits in question were destroyed during a shakedown, so he could not attach them to the amended complaint. (Doc. 20.) The motion will be granted. The Court will begin the statutorily required review of the amended complaint and will issue further orders as necessary.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's motion (Doc. 20) is **granted.** The Clerk is directed to re-file Exhibits A and C to the initial complaint, located at Doc. 1-1 and Doc. 1-3 as Exhibits to the amended complaint located at Doc. 19.

    **IT IS SO ORDERED**.

    **Dated February 18, 2026, in Kansas City, Kansas.**

                        **S/ John W. Lungstrum**
                        **JOHN W. LUNGSTRUM**
                        **UNITED STATES DISTRICT JUDGE**